IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SAMUEL W. BARRETT, #122612**                                                  **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 5:09-cv-14-DCB-MTP**

**ARTHUR LAWLER, et al.**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the court issued this day, plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the <u>14th</u> day of May, 2009.

                                                   s/David Bramlette
                                                   UNITED STATES DISTRICT JUDGE